**DISMISS and Opinion Filed January 26, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00764-CV

## RANDY CRAWFORD, JAMIE CASHION, DASHELLE CASHION, JOHNNY CRAWFORD, JOSHUA HARRISON, AND MICKIE TIGNER, Appellants
## V.
## PROFESSIONAL BLACK BELT ASSOCIATION, LLC, Appellee

### On Appeal from the 471st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 471-01121-2020

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Pedersen, III, and Goldstein
Opinion by Justice Goldstein

Before the Court is appellants' motion to dismiss the appeal. Appellants inform the Court that the parties have settled their differences. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

200764F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

RANDY CRAWFORD, JAMIE
CASHION, DASHELLE CASHION,
JOHNNY CRAWFORD, JOSHUA
HARRISON, AND MICKIE
TIGNER, Appellants

No. 05-20-00764-CV      V.

PROFESSIONAL BLACK BELT
ASSOCIATION, LLC, Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-01121-
2020.
Opinion delivered by Justice
Goldstein. Justices Partida-Kipness
and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered January 26, 2021

–2–